1  Richard K. Grosboll, State Bar No. 099729
   Eileen M. Bissen, State Bar No. 245821
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel.    (415) 677-9440
4  Fax     (415) 677-9445
   Email: ebissen@neyhartlaw.com
5
   **Attorneys for Plaintiffs**
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | SAN MATEO ELECTRICAL WORKERS     | Case No.   12-cv-6452 SI
   | HEALTH CARE TRUST;
12 | INTERNATIONAL BROTHERHOOD OF     | [~~PROPOSED~~] ORDER GRANTING
   | ELECTRICAL WORKERS, LOCAL 617;   | ADMINISTRATIVE MOTION TO
13 | SAN MATEO COUNTY ELECTRICAL      | CONTINUE CASE MANAGEMENT
   | CONSTRUCTION INDUSTRY            | CONFERENCE
14 | RETIREMENT TRUST; SAN MATEO
   | ELECTRICAL WORKERS EDUCATION
15 | AND TRAINING PLAN; Dominic Nolan, as
   | Trustee of the above TRUSTS; and the
16 | NATIONAL ELECTRICAL
   | CONTRACTORS ASSOCIATION, SAN
17 | MATEO CHAPTER,

18              Plaintiffs,
         v.
19
   F. CONNOLLY CO., a California
20 corporation;

21              Defendant.

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE
                        MANAGEMENT CONFERENCE
28                             Case No. 12-cv-6452 SI

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the Case Management Conference currently scheduled in the above-referenced case for March 29, 2013 at 2:30 p.m. is continued to _____May 17,_____, 2013.

IT IS SO ORDERED.

Dated: __3/20/13_____    _____
HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I, Eileen M. Bissen, declare:

I am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the present action. My business address is Neyhart, Anderson, Flynn & Grosboll, APC, located at 369 Pine Street, Suite 800 in San Francisco, CA 94104.

On March 19, 2013, I served the following documents:

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

[X] by regular UNITED STATES MAIL by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Neyhart, Anderson, Flynn & Grosboll, APC for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on the same day with postage thereon fully prepaid.

F. CONNOLLY CO.
c/o MICHAEL BIRKELAND
150 EXECUTIVE PARK BLVD., SUITE 4600
SAN FRANCISCO, CA 94134

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: March 19, 2013

EILEEN M. BISSEN